# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2018

SEAN F. McAVOY, CLERK

William Womack

*Plaintiff*

v.

Landam Adams and Richard Zaragoza; Does 1-5, and Does 6-10,

*Defendant*

Civil Action No. 4:15-cv-05095-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Strike Plaintiff's Third Amended Complaint, ECF No. 95, is GRANTED.
Plaintiff's Third Amended Complaint, ECF 94, is STRICKEN.
Plaintiff's Motion for Writ of Habeas Corpus Ad Testificandum and Subpoenas, ECF 112, is DENIED AS MOOT.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. .

Date: 8/13/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler